JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHAMBERS, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EATON CORPORATION, an Ohio corporation; EATON AEROSPACE LLC, a Delaware limited liability company; and DOES 1–100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-08298-SPG-JC<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL [ECF NO. 30]** |

Before the Court is the Joint Stipulation of Dismissal (ECF No. 30 ("Stipulation")). The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

//
//
//
//
//
//

1. Case No. 2:24-cv-08298-SPG-JC is dismissed;
2. Plaintiff's individual claims are dismissed with prejudice;
3. The class claims are dismissed without prejudice; and
4. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: April 29, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE